MEMO ENDORSED Report and Recommendation, 15 Civ. 1556 (PKC)(AJP)

The August 17 conference is cancelled. I recommend to Judge Castel that he dismiss this case without prejudice for plaintiff's failure to prosecute and failure to advise the Court of his address once he was released from Rikers; the Court has no way to contact him, and he has not responded to the direction that he advise the Court of contact information. Because the complaint arises from incidents earlier this year at Rikers, and are subject to a 3 year statute of limitations, the without prejudice dismissal will not prejudice him.

Dated: New York, New York
       August 12, 2015

Copy ECF: Counsel
          Judge Castel

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge




RECEIVED AUG 12 2015 CHAMBERS OF ANDREW J. PECK

RECEIVED AUG 13 2015 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.



No objection having been filed and the time for filing an objection having expired, the Report & Recommendation of Judge Peck is APPROVED. The action is dismissed without prejudice.
SO ORDERED 9-11-15

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-15

mailed to pro se 9/14/15